

# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/6/2026 11:52:05 AM
CHRISTOPHER A. PRINE
Clerk

RDATE 1/6/2026

## NOTICE OF APPEALS
## ASSIGNMENT OF COURT THE COURT OF APPEALS

**TO:** 15TH COURT OF APPEALS

**From:** Deputy Clerk: DESHA VASTINE

**Marilyn Burgess, District Clerk**

Harris County, T E X A S

**CAUSE: 2025-85662    COURT: 152ND    RELATED APPEAL: 15-25-00231-CV**

**CASE STATUS: CASE ON APPEAL            IMAGE #(S): 124189052**

**TENTATIVE DUE  1/15/2026            ATTORNEY 24083929**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  15TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED:  12/16/2025**

**MOTION FOR NEW TRIAL DATE FILED  NONE**

**FINDINGS OF FACT & CONCLUSIONS OF LAW FILED  NONE**

**REQUEST TRANSCRIPT DATE FILED  NONE**

**NOTICE OF APPEAL DATE FILED  1/5/2026**

**NUMBER OF DAYS: ( CLERKS RECORD )  10 DAYS**

**FILE ORDERED:  YES ☐  NO ☐  IMAGED FILED:  YES ☐  NO ☐**

**CODES FOR NOTICE OF APPEAL:  CR, D, OA**

**COURT REPORTER:  CANTRECE ADDISON**

MARILYNN BURGESS
Harris County, District Clerk



# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

By:   /s/ *Desha Vastine*

**DESHA VASTINE, Deputy**

**BC - NOTICE OF APPEAL FILED**
**BG - NOTICE OF APPEAL FILED – GOVERNMENT**
**C - JUDGMENT BEING APPEALED**
**D - ACCELERATED APPEAL**
**OA - NO CLERK'S RECORD REQUEST FILED**
**O - CLERK'S RECORD REQUEST FILED (W/ NOTICE OF APPEAL)**
**NA - AMENDED NOTICE OF APPEAL**
**CR – CROSS APPEAL**
**H - PAUPER'S OATH FILED**

## CAUSE NO. 2025-85662

| | | |
|---|---|---|
| STATE OF TEXAS, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| HARRIS COUNTY, TEXAS; HARRIS | § | |
| COUNTY COMMISSIONERS COURT; | § | |
| LINA HIDALGO, in her official capacity | § | |
| as Harris County Judge; RODNEY ELLIS, | § | |
| in his official capacity as Commissioner of | § | |
| Harris County Precinct 1; ADRIAN | § | 152nd JUDICIAL DISTRICT |
| GARCIA, in his official capacity as | § | |
| Commissioner of Harris County Precinct 2; | § | |
| TOM RAMSEY, in his official capacity as | § | |
| Commissioner of Harris County Precinct 3; | § | |
| LESLEY BRIONES, in her official | § | |
| Capacity as Commissioner of Harris County | § | |
| Precinct 4, JESSE DICKERMAN, in his | § | |
| official capacity as Harris County | § | |
| Administrator; THAO COSTIS, in her | § | |
| official capacity as Executive Director of | § | |
| Harris County Housing & Community | § | |
| Development. | § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

## DEFENDANTS' NOTICE OF INTERLOCUTORY CROSS APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Texas Rule of Appellate Procedure 25.1(a), Defendants HARRIS COUNTY, TEXAS, HARRIS COUNTY COMMISSIONERS COURT, LINA HIDALGO, in her official capacity as Harris County Judge, RODNEY ELLIS, in his official capacity as Commissioner of Harris County Precinct 1, ADRIAN GARCIA, in his official capacity as Commissioner of Harris County Precinct 2, TOM RAMSEY, in his official capacity as Commissioner of Harris County Precinct 3, LESLEY BRIONES, in her official capacity as Commissioner of Harris County Precinct 4, JESSE DICKERMAN, in his official capacity as Harris County Administrator, and THAO COSTIS, in her official capacity as Executive Director of Harris County Housing and

1

Community Development ("Defendants"), file this Notice of Interlocutory Cross Appeal and respectfully show the Court the following:

By Order signed on December 16, 2025, this Court denied Plaintiff the State of Texas's Application for Temporary Injunctive Relief and denied Defendants' Plea to the Jurisdiction.

On December 17, 2025, Plaintiff filed a notice of appeal of the Court's December 16, 2025 Order denying Plaintiff's Application for Temporary Injunctive Relief.

Pursuant to Texas Rule of Appellate Procedure 25.1(a), Defendants hereby give notice of appeal from the Order signed by this Court on December 16, 2025, denying Defendants' Plea to the Jurisdiction.

Defendants are entitled to this interlocutory appeal under Texas Civil Practice and Remedies Code § 51.014, which allows an appeal from an order that denies a plea to the jurisdiction and automatically "stays all other proceedings in the trial court pending resolution of that appeal." Tex. Civ. Prac. & Rem. Code §§ 51.014(a)(8), (b). This accelerated appeal is not a parental termination or child protection case, and it is also not an appeal from an order certifying a child to stand trial as an adult. *See* Tex. R. App. P. 25.1(d)(6) and 28.1(a).

This appeal is being taken to the Fifteenth Court of Appeals. *See* Tex. Gov't Code § 22.220(d). This appeal involves a matter brought by or against the State. *See* Tex. R. App. P. 25.1(d)(9)(A).

The following related appeal has been previously filed in this case:

*State of Texas v. Harris County, Texas, et al.*; Court of Appeals Case No. 15-25-00231-CV; Fifteenth Court of Appeals.

Respectfully submitted,

2

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY


/s/Edward D. Swidriski III
**JONATHAN G.C. FOMBONNE**
Deputy County Attorney and First Assistant
State Bar No. 24102702
Jonathan.Fombonne@harriscountytx.gov
**SARAH J. UTLEY**
Managing Counsel
Affirmative & Environmental Division
State Bar No. 24042075
Sarah.Utley@harriscountytx.gov
**CHRISTOPHER GARZA**
Division Director
Affirmative & Special Litigation Division
State Bar No. 24078543
Christopher.Garza@harriscountytx.gov
**JESSE M. BLAKLEY**
Deputy Division Director
Affirmative & Special Litigation Division
State Bar No. 24060952
Jesse.Blakley@harriscountytx.gov
**EDWARD D. SWIDRISKI III**
Senior Assistant Harris County Attorney
State Bar No. 24083929
Edward.Swidriski@harriscountytx.gov
**BRIAN HRACH**
Senior Assistant Harris County Attorney
State Bar No. 24050787
Brian.Hrach@harriscountytx.gov
**ELEANOR MATHESON**
Assistant Harris County Attorney
State Bar No. 24131490
Eleanor.Matheson@harriscountytx.gov
**CHARLES DAVID SHAW, JR.**
Assistant Harris County Attorney
State Bar No. 24085951
Charles.Shaw@harriscountytx.gov
OFFICE OF THE HARRIS COUNTY ATTORNEY
1019 Congress Plaza, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5101
Facsimile: (713) 755-8924

**ATTORNEYS FOR DEFENDANTS**

3

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Civil Procedure, I certify that a true and correct copy of the foregoing document was served on all attorneys and parties of record on this the 5th day of January, 2026.

_/s/Edward D. Swidriski III_
Edward D. Swidriski III

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Charlotte Zhang on behalf of Edward Swidriski
Bar No. 24083929
Charlotte.Zhang@harriscountytx.gov
Envelope ID: 109671837
Filing Code Description: Notice
Filing Description: Defendants' Notice of Interlocutory Cross Appeal
Status as of 1/6/2026 8:28 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan Fombonne | | jonathan.fombonne@harriscountytx.gov | 1/5/2026 4:25:58 PM | SENT |
| Christopher Garza | | Christopher.Garza@harriscountytx.gov | 1/5/2026 4:25:58 PM | SENT |
| Charles Shaw | | charles.shaw@harriscountytx.gov | 1/5/2026 4:25:58 PM | SENT |
| Eleanor Matheson | | eleanor.matheson@harriscountytx.gov | 1/5/2026 4:25:58 PM | SENT |
| Jesse Blakley | | Jesse.Blakley@harriscountytx.gov | 1/5/2026 4:25:58 PM | SENT |
| Edward Swidriski | | Edward.Swidriski@harriscountytx.gov | 1/5/2026 4:25:58 PM | SENT |
| Amy Hilton | | amy.hilton@oag.texas.gov | 1/5/2026 4:25:58 PM | SENT |
| Anthony Dolcefino | | anthony.dolcefino@oag.texas.gov | 1/5/2026 4:25:58 PM | SENT |
| Katherine Pitcher | | katherine.pitcher@oag.texas.gov | 1/5/2026 4:25:58 PM | SENT |
| Brian Hrach | | Brian.Hrach@harriscountytx.gov | 1/5/2026 4:25:58 PM | SENT |

| | | |
|---|---|---|
| STATE OF TEXAS, *Plaintiff,* | § § § | IN THE DISTRICT COURT |
| v. | § § § | |
| HARRIS COUNTY, TEXAS; HARRIS COUNTY COMMISSIONERS COURT; LINA HIDALGO, in her official capacity as Harris County Judge; RODNEY ELLIS, in his official capacity as Commissioner of Harris County Precinct 1; ADRIAN GARCIA, in his official capacity as Commissioner of Harris County Precinct 2; TOM RAMSEY, in his official capacity as Commissioner of Harris County Precinct 3; LESLEY BRIONES, in her official Capacity as Commissioner of Harris County Precinct 4, JESSE DICKERMAN, in his official capacity as Harris County Administrator; THAO COSTIS, in her official capacity as Executive Director of Harris County Housing & Community Development. *Defendants.* | § § § § § § § § § § § § § § § § § § § § § | 152nd JUDICIAL DISTRICT HARRIS COUNTY, TEXAS |

P2
AUTHY
PJURY
TINCY

**F I L E D**
Marilyn Burgess
District Clerk

DEC 16 2025

Time: 3:23 PM
Harris County, Texas
By_____ Katina Williams _____
Deputy

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

## ORDER

On December 11, 2025, the Court considered the Harris County Defendants' Sworn Motion to Show Authority, Plea to the Jurisdiction, and Special Exceptions, as well as the Petition and Application for Temporary and Permanent Injunctive Relief filed by Plaintiff, the State of Texas. After considering the motions, responses, any replies, all documents on file, witness testimony, the proffered exhibits, and arguments of counsel, the Court finds as follows:

The parties stated on the record that had reached an agreement on the Harris County Defendants' Special Exceptions and as such, no ruling is necessary at this time. The other motions heard on this day are denied.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the Harris County Defendants' Motion to Show Authority is **DENIED.**

IT IS THEREFORE FURTHER ORDERED, ADJUGED, and DECREED that Harris County Defendants' Plea to the Jurisdiction is **DENIED.**

IT IS THEREFORE FURTHER ORDERED, ADJUDGED, and DECREED that the State's Application for Injunctive Relief and any and all other injunctive relief sought by the State is **DENIED.**

SIGNED this _____ day of December, 2025.

_____
JUDGE PRESIDING

**CASE NUM:** 202585662  **PJN:** 🔍  **TRANS NUM:**  **CURRENT COURT:** 152  **PUB:** Please Select ▼

**CASE TYPE:** OTHER CIVIL  **CASE STATUS:** CASE ON APPEAL

**STYLE:** STATE OF TEXAS  **VS** HARRIS COUNTY TEXAS

**** INACTIVE PARTIES ****

| | PJN | PER/CONN | COC | BAR | PERSON NAME | | PTY STAT | ASSOC ATTY |
|---|---|---|---|---|---|---|---|---|
| ☐ | | 00012 - 0001 | AGT | | HARRIS COUNTY COMMISSIONERS COURT MAY B | | | |
| ☐ | | 00011 - 0001 | AGT | | HARRIS COUNTY TEXAS BY SERVING COUNTY JU | | | |
| ☐ | | 00010 - 0001 | DEF | | COSTIS, THAO | | | |
| ☐ | | 00009 - 0001 | DEF | | DICKERMAN, JESSE | | | |
| ☐ | | 00008 - 0001 | DEF | | BRIONES, LESLEY | | | |
| ☐ | | 00007 - 0001 | DEF | | RAMSEY, TOM | | | |
| ☐ | | 00006 - 0001 | DEF | | GARCIA, ADRIAN | | | |
| ☐ | | 00005 - 0001 | DEF | | ELLIS, RODNEY | | | |
| ☐ | | 00004 - 0001 | DEF | 24131490 | HIDALGO, LINA | | | MATHESON, ELEANOR GRACE |
| ☐ | | 00003 - 0001 | DEF | 24131490 | HARRIS COUNTY COMMISSIONERS COURT | | | MATHESON, ELEANOR GRACE |
| ☐ | | 00002 - 0001 | DEF | 24131490 | HARRIS COUNTY TEXAS | | | MATHESON, ELEANOR GRACE |
| ☐ | | 00001 - 0001 | PLT | 24097834 | STATE OF TEXAS | | | HILTON, AMY SNOW |